UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Gilbert Albarez,

        Petitioner,

vs.

R. Marques,

        Respondent.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civil No. 18-3128 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated June 4, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. After an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. That Albarez's Petition for a Writ of Habeas Corpus, [Docket No. 1], is **DENIED as moot**.

2. Let Judgment be entered accordingly.

DATED: 6/27/19  
At Minneapolis, Minnesota

s/Patrick J. Schiltz  
Patrick J. Schiltz, Judge  
United States District Court